# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| William Hyde,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>Reliance Standard Life Insurance Company, a foreign corporation;<br>　　　　　　　Defendant. | Case No. 4:17-cv-00050-CKJ<br><br>**ORDER FOR DISMISSAL OF CASE WITH PREJUDICE** |

Pursuant to the parties' stipulation and good cause appearing,

**IT IS ORDERED** that the above entitled matter is dismissed with prejudice, with each party to bear its own costs and attorney's fees.

Dated this 14th day of November, 2017.

_____
Honorable Cindy K. Jorgenson
United States District Judge

1